**Electronically Filed
Supreme Court
SCWC-19-0000034
24-OCT-2022
10:05 AM
Dkt. 30 ODMR**

SCWC-19-0000034

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

LUKE J. WARNER, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI‘I, Respondent/Respondent-Appellee.

_____

ORDER DENYING MOTION FOR RECONSIDERATION

(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of petitioner Luke J. Warner's motion, which the court construes as a motion for reconsideration and was submitted for filing on October 18, 2022, this court did not overlook or misapprehend any points of law or fact in its September 20, 2022 opinion. See HRAP Rule 40(b) (a motion for reconsideration "shall state with particularity the points of law or fact that the moving party contends the court has overlooked or misapprehended[.]"). Accordingly,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai‘i, October 24, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

